PATRICK WALSH, Appellant, v. EMMA ANDERSON, as Executrix of JOHN ANDERSON, Deceased, Respondent.

Argued March 6, 1939; decided April 4, 1939.

*Joseph P. Walsh* for appellant.

*Bertrand G. Eadie* and *Arthur E. Gale* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. We think there was evidence of negligence proper to be submitted to the jury. No opinion. (See 280 N. Y. 813.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH, and RIPPEY, JJ.